UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.T.P. and R.P., individually and on behalf of G.P., a minor.;

                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2024

24 Civ. 7767 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 16, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 16, 2024. ECF No. 3. Those submissions are now overdue.

    Accordingly, by **January 2, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 17, 2024
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge